ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Draughon, LLC | ) ASBCA No. 61986 |
| | ) |
| Under Contract No. W9124G-16-D-0001 | ) |

APPEARANCE FOR THE APPELLANT:     Mrs. Amy Miller
                                                                    President


APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                                                          Army Chief Trial Attorney
                                                                          MAJ Brittney N. Montgomery, JA
                                                                          MAJ Philip L. Aubart, JA
                                                                          LTC Abraham L. Young, JA
                                                                          Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 19, 2023

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61986, Appeal of Draughon, LLC, rendered in conformance with the Board's Charter.

Dated:  September 19, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals